# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re
Douglas L. Parsons,

Case No.: 10-12593
Chapter: 7

Debtor(s). /

## ORDER OF DISMISSAL

The debtor having been notified by an order dated July 9, 2010 that the above captioned case would be dismissed if the filing fee installments were not paid on time and having failed to:

■ Pay the balance of the filing fees in a timely manner

**IT IS ORDERED** that this case is dismissed.

Dated: September 10, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge